LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CARMEN A. ERMER, ESQ.
Nevada Bar No. 16075
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone:   (702) 804-0706
E-Mail:   *lfink@springelfink.com*
   *nduncan@springelfink.com*
   *cermer@springelfink.com*
   *efiling@spingelfink.com*

Attorneys for Defendants/Cross-Defendant
*PREVENTIVE MEASURES SECURITY FIRM, LLC,
MARCO SOLORIO and LEONARD MORRIS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MACK MILLER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, a political subdivision; DOE CLARK COUNTY OFFICERS, in their personal capacities; DOE PRIVATE SECURITY GUARDS, in their personal capacities; PREVENTIVE MEASURES SECURITY FIRM, LLC, a domestic limited liability company; MARCO SOLORIO, individually; LEONARD MORRIS, individually; ROE PRIVATE SECURITY COMPANY; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.:  2:23-cv-00070-CDS-DJA<br><br>**SUBSTITUTION OF COUNSEL** |
| CLARK COUNTY, a Political Subdivision of State of Nevada,<br><br>Cross-claimant, | |

-1-

vs.

PREVENTIVE MEASURES SECURITY FIRM, LLC, a domestic limited liability Company,

Cross-defendant.

TO: ALL INTERESTED PARTIES; and

TO: THEIR RESPECTIVE COUNSEL OF RECORD.

Defendant/Cross-Defendant, PREVENTIVE MEASURES SECURITY FIRM, LLC, Defendant MARCO SOLORIO and Defendant LEONARD MORRIS hereby substitutes, Leonard T. Fink, Esq., Nakesha S. Ducan-Perez, Esq., and Carmen A. Ermer, Esq. of the law firm of Springel & Fink LLP, as counsel of record in the above-entitled action.

On behalf of Defendant/Cross-Defendant, PREVENTIVE MEASURES SECURITY FIRM, LLC, I, David Sutton_____, hereby consent to the substitution of Leonard T. Fink, Esq., Nakesha S. Ducan-Perez, Esq., and Carmen A. Ermer, Esq. of the law firm of Springel & Fink LLP, as counsel of record in the above-entitled action.

DATED this 30 day of August, 2024       PREVENTIVE MEASURES SECURITY FIRM, LLC

By: /s/ [signature]
    Signature

Name: David Sutton
      Printed Name

Title: Chief Operating Officer

I, MARCO SOLORIO, hereby consent to the substitution of Leonard T. Fink, Esq., Nakesha S. Ducan-Perez, Esq., and Carmen A. Ermer, Esq. of the law firm of Springel & Fink LLP, as counsel of record in the above-entitled action.

DATED this 30 day of August, 2024       MARCO SOLORIO

By: /s/ Marco Solorio
    Signature

-2-

I, LEONARD MORRIS, hereby consent to the substitution of Leonard T. Fink, Esq., Nakesha S. Ducan-Perez, Esq., and Carmen A. Ermer, Esq. of the law firm of Springel & Fink LLP, as counsel of record in the above-entitled action.

DATED this 5th day of September, 2024                **LEONARD MORRIS**

By:   /s/Leonard Morris
      Signature

I, Russell D. Christian, Esq., hereby agree and consent to the substitution of Leonard T. Fink, Esq., Nakesha S. Duncan-Perez, Esq., and Carmen A. Ermer, Esq. of the law firm of Springel & Fink LLP, as counsel of record for Defendant/Cross-Defendant, PREVENTIVE MEASURES SECURITY FIRM, LLC in the above-entitled action.

DATED this 5th day of September, 2024                **TYSON & MENDES**

By:   /s/ Russel D. Christian
      Russell D. Christian, Esq.
      Nevada Bar No. 11785
      2835 St. Rose Parkway, Suite 140
      Henderson, Nevada 89052

I, Nakesha S. Duncan-Perez, Esq. of the law firm of Springel & Fink LLP, am duly admitted to practice in this District, and hereby agree and consent to the substitution as counsel of record for Defendant/Cross-Defendant, PREVENTIVE MEASURES SECURITY FIRM, LLC in the above-entitled action.

DATED this 5th day of September, 2024.               **SPRINGEL & FINK LLP**

      /s/ Nakesha S. Duncan-Perez
By:   _____
      Leonard T. Fink, Esq.
      Nevada Bar No. 6296
      Nakesha S. Duncan-Perez, Esq.
      Nevada Bar No. 11556
      Carmen A. Ermer, Esq.
      Nevada Bar No. 16075
      Attorneys for Defendants/Cross-Defendant
      *PREVENTIVE MEASURES SECURITY FIRM,*
      *LLC, MARCO SOLORIO and LEONARD MORRIS*

**IT IS SO ORDERED**.

DATED: 9/9/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**Miller, Mack v. Clark County, Nevada, et al.**
**United States District Court Case No. 2:23-cv-00070-CDS-DJA**

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

I, Lucinda Mian, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 9075 W. Diablo Drive, Suite 302, Las Vegas, Nevada, 89148.

On **September 5, 2024**, I served the document described as **SUBSTITUTION OF COUNSEL** on the following parties:

*** SEE ELECTRONIC SERVICE LIST**

| | |
|---|---|
| ☒ | VIA ELECTRONIC SERVICE: by submitting the foregoing to the Court's E-filing System for Electronic Service upon the Court's Service List pursuant to EDCR 8. The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court. |
| ☐ | VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. |
| ☐ | VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served. |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Lucinda Mian*
_____
An employee of Springel & Fink LLP

**Lucinda Mian**

| | |
|---|---|
| **From:** | Russell Christian <RChristian@TysonMendes.com> |
| **Sent:** | Wednesday, September 4, 2024 10:32 AM |
| **To:** | Lucinda Mian |
| **Cc:** | MillerMackvClarkCountyNevadaatalZ12283933@springelfink.filevineapp.com; Nakesha Duncan-Perez; Carmen Ermer; Leonard Fink; J.J. Kashnow |
| **Subject:** | RE: Substitution of Counsel - Miller, Mack v. Clark County, Nevada, at al. - Our file no. 24.137 |

Thank you, you may affix my electronic signature.

-Russell



**Russell D. Christian, Esq.**
**Senior Counsel**
2835 St. Rose Pkwy, Suite #140
Henderson, NV 89052
**Main**: (702) 724-2648
**Cell**: (702) 534-8146
**Fax:** (702) 410-7684
rchristian@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Lucinda Mian <lmian@springelfink.com>
**Sent:** Wednesday, September 4, 2024 8:56 AM
**To:** Russell Christian <RChristian@TysonMendes.com>
**Cc:** MillerMackvClarkCountyNevadaatalZ12283933@springelfink.filevineapp.com; Nakesha Duncan-Perez <nduncan@springelfink.com>; Carmen Ermer <cermer@springelfink.com>; Leonard Fink <lfink@springelfink.com>; J.J. Kashnow <jkashnow@springelfink.com>
**Subject:** Substitution of Counsel - Miller, Mack v. Clark County, Nevada, at al. - Our file no. 24.137

Counsel,

Good morning. Please see attached Substitution of Counsel. . Please review if the document is acceptable, please let me know if we have authority to affix electronic signature.

Thank you,

1

Lucinda Mian
Legal Assistant



9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
Tel: 702-804-0706 | Fax: 702-804-0798

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

# Lucinda Mian

| | |
|---|---|
| **From:** | Leonard Morris jr. |
| **Sent:** | Tuesday, September 3, 2024 5:21 PM |
| **To:** | Lucinda Mian |
| **Cc:** | MillerMackvClarkCountyNevadaatalZ12283933@springelfink.filevineapp.com; Nakesha Duncan-Perez; Carmen Ermer; Leonard Fink; J.J. Kashnow |
| **Subject:** | Re: Substitution of Counsel - Miller, Mack v. Clark County, Nevada, at al. - Our file no. 24.137 |
| **Attachments:** | image001.jpg |

Yes, I approve.

On Fri, Aug 30, 2024, 8:50 AM Lucinda Mian <lmian@springelfink.com> wrote:

Mr. Morris,

Good afternoon. I am Carmen Ermer's legal assistant. Ms. Ermer is an attorney with Springel & Fink – the firm the insurance carrier has transferred the Miller v. Clark County matter to from Tyson & Mendes.

Please see the attached substitution of counsel. In order for us to step in on your behalf, we need you to sign or your permission to affix your electronic signature on the substitution.

Please feel free to contact me at 702-804-0706.

Thank you,

Lucinda Mian
Legal Assistant

9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
Tel: 702-804-0706 | Fax: 702-804-0798

1