# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mack Miller, | Case No. 2:23-cv-00070-CDS-DJA |
| Plaintiff | **Order Granting Defendant Clark County's Motion for Judgment on the Pleadings and Motion to Dismiss** |
| v. | |
| Clark County, et al., | [ECF Nos. 60, 62] |
| Defendants | |

On July 30, 2025, defendant Clark County filed a motion for judgment on the pleadings, which was also docketed as a motion to dismiss. *See* ECF Nos. 60, 62. Therein, Clark County argues that claims 1 through 5 and claim 7 fail as a matter of law against Clark County, thus leaving only claim 6—negligence/premises liability—as the only viable claim against them. *Id.* Clark County also seeks dismissal of "the unidentified and unsubstituted DOE Defendants" as the time for amending the pleadings has passed. *Id.* Plaintiff Mack Miller essentially filed a non-opposition response to the motion for judgment on the pleadings wherein he agreed that the only viable claim against Clark County is claim 6—negligence/premises liability. Resp., ECF No. 66 at 3. Miller did not address the request to dismiss unidentified and unnamed DOE defendants. *See id.* Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion constitutes consent to granting of the motion. Accordingly, Clark County's motion for judgment on the pleadings **[ECF No. 60]** and the motion to dismiss the unidentified and unnamed DOE defendants **[ECF No. 62] are GRANTED.**

Dated: August 20, 2025

_____
Cristina D. Silva
United States District Judge